**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| INNOVA PATENT LICENSING, LLC, § <br><br>    Plaintiff, §<br><br>    v. §<br><br>3COM CORPORATION; ALCATEL-LUCENT HOLDING, INC.; AMERICAN INTERNATIONAL GROUP, INC.; AOL, INC.; APPLE INC.; BANK OF AMERICA CORPORATION; CAPITAL ONE AUTO FINANCE, INC.; CAPITAL ONE FINANCIAL CORPORATION; CINEMARK, INC.; CINEMARK HOLDINGS, INC.; CITIGROUP, INC.; CROSSMARK, INC.; DELL, INC.; DR PEPPER SNAPPLE GROUP, INC.; ERICSSON, INC.; FRITO-LAY, INC.; FRITO-LAY NORTH AMERICA, INC.; GOOGLE, INC.; HEWLETT-PACKARD COMPANY; HP ENTERPRISE SERVICES, LLC; INTERNATIONAL BUSINESS MACHINES CORPORATION; J.C. PENNEY COMPANY, INC.; J.C. PENNY CORPORATION, INC.; J.C. PENNEY LIFE INSURANCE COMPANY; J.C. PENNEY MEXICO, INC.; J.C. PENNEY REINSURANCE COMPANY; JCP PUBLICATIONS CORP.; J.P. MORGAN CHASE & CO.; MCAFEE, INC.; PEROT SYSTEMS CORPORATION; RENT-A-CENTER, INC.; RESEARCH IN MOTION CORPORATION; SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE, INC.; SYMANTEC CORPORATION; WELLS FARGO & COMPANY; YAHOO!, INC..<br>    Defendants. | Civil Action No. 2:10-CV-251<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF DISMISSAL FOR DEFENDANT
<u>J. C. PENNEY LIFE INSURANCE COMPANY</u>**

In accordance with Federal Rule of Civil Procedure 41(a)(1), Plaintiff InNova Patent

Licensing, LLC hereby dismisses its claims against Defendant J. C. Penney Life Insurance

1

Company without prejudice.  By agreement of the parties, each side will bear its own costs, expenses and attorney fees.

Dated: August 24, 2010

                        Respectfully submitted,

                        */s/ Christopher D. Banys*
                        Christopher D. Banys

                        THE LANIER LAW FIRM, P.C.
                        Christopher D. Banys   SBN: 230038 (California)
                        Daniel W. Bedell     SBN: 254912 (California)
                        Carmen M. Aviles    SBN: 251993 (California)
                        2200 Geng Road, Suite 200
                        Palo Alto, CA 94303
                        (650) 322-9100      (650) 322-9103 (fax)
                        cdb@lanierlawfirm.com
                        dwb@lanierlawfirm.com
                        cma@lanierlawfirm.com

                        WARD & SMITH LAW FIRM
                        Wesley Hill          SBN: 24032294
                        111 W. Tyler Street
                        Longview, TX  75601
                        (903) 757-6400
                        (903) 757-2323
                        wh@jwfirm.com

                        ATTORNEYS FOR PLAINTIFF
                        INNOVA PATENT LICENSING LLC

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 24th day of August, 2010.

                        */s/ Catherine A. Pope*
                        Catherine A. Pope