# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INNOVA PATENT LICENSING, LLC, § <br><br> Plaintiff, § <br><br> v. § <br><br> 3COM CORPORATION; ALCATEL-LUCENT HOLDING, INC.; AMERICAN INTERNATIONAL GROUP, INC.; AOL, INC.; APPLE INC.; BANK OF AMERICA CORPORATION; CAPITAL ONE AUTO FINANCE, INC.; CAPITAL ONE FINANCIAL CORPORATION; CINEMARK, INC.; CINEMARK HOLDINGS, INC.; CITIGROUP, INC.; CROSSMARK, INC.; DELL, INC.; DR PEPPER SNAPPLE GROUP, INC.; ERICSSON, INC.; FRITO-LAY, INC.; FRITO-LAY NORTH AMERICA, INC.; GOOGLE, INC.; HEWLETT-PACKARD COMPANY; HP ENTERPRISE SERVICES, LLC; INTERNATIONAL BUSINESS MACHINES CORPORATION; J.C. PENNEY COMPANY, INC.; J.C. PENNY CORPORATION, INC.; J.C. PENNEY LIFE INSURANCE COMPANY; J.C. PENNEY MEXICO, INC.; J.C. PENNEY REINSURANCE COMPANY; JCP PUBLICATIONS CORP.; J.P. MORGAN CHASE & CO.; MCAFEE, INC.; PEROT SYSTEMS CORPORATION; RENT-A-CENTER, INC.; RESEARCH IN MOTION CORPORATION; SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE, INC.; SYMANTEC CORPORATION; WELLS FARGO & COMPANY; YAHOO!, INC.. <br> Defendants. | Civil Action No. 2:10-CV-251 <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF DISMISSAL FOR DEFENDANTS**
**J. C. PENNEY MEXICO, INC. AND JCP PUBLICATIONS CORP.**

In accordance with Federal Rule of Civil Procedure 41(a)(1), Plaintiff InNova Patent

Licensing, LLC hereby dismisses its claims against Defendants J. C. Penney Mexico, Inc. and

1

JCP Publications Corp. without prejudice. By agreement of the parties, each side will bear its own costs, expenses and attorney fees.

Dated: August 25, 2010

            Respectfully submitted,

            */s/ Daniel W. Bedell*
            Daniel W. Bedell

            THE LANIER LAW FIRM, P.C.
            Christopher D. Banys SBN: 230038 (California)
            Daniel W. Bedell  SBN: 254912 (California)
            Carmen M. Aviles  SBN: 251993 (California)
            2200 Geng Road, Suite 200
            Palo Alto, CA 94303
            (650) 322-9100  (650) 322-9103 (fax)
            cdb@lanierlawfirm.com
            dwb@lanierlawfirm.com
            cma@lanierlawfirm.com

            WARD & SMITH LAW FIRM
            Wesley Hill  SBN: 24032294
            111 W. Tyler Street
            Longview, TX  75601
            (903) 757-6400
            (903) 757-2323
            wh@jwfirm.com

            ATTORNEYS FOR PLAINTIFF
            INNOVA PATENT LICENSING LLC

**CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 25th day of August, 2010.

            */s/ Catherine A. Pope*
            Catherine A. Pope