IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INNOVA PATENT LICENSING, LLC,<br><br>        Plaintiff,<br><br>     v.<br><br>3COM CORPORATION; ALCATEL-LUCENT HOLDING, INC.; AMERICAN INTERNATIONAL GROUP, INC.; AOL, INC.; APPLE INC.; BANK OF AMERICA CORPORATION; CAPITAL ONE AUTO FINANCE, INC.; CAPITAL ONE FINANCIAL CORPORATION; CINEMARK, INC.; CINEMARK HOLDINGS, INC.; CITIGROUP, INC.; CROSSMARK, INC.; DELL, INC.; DR PEPPER SNAPPLE GROUP, INC.; ERICSSON, INC.; FRITO-LAY, INC.; FRITO-LAY NORTH AMERICA, INC.; GOOGLE, INC.; HEWLETT-PACKARD COMPANY; HP ENTERPRISE SERVICES, LLC; INTERNATIONAL BUSINESS MACHINES CORPORATION; J.C. PENNEY COMPANY, INC.; J.C. PENNY CORPORATION, INC.; J.C. PENNEY LIFE INSURANCE COMPANY; J.C. PENNEY MEXICO, INC.; J.C. PENNEY REINSURANCE COMPANY; JCP PUBLICATIONS CORP.; J.P. MORGAN CHASE & CO.; MCAFEE, INC.; PEROT SYSTEMS CORPORATION; RENT-A-CENTER, INC.; RESEARCH IN MOTION CORPORATION; SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE, INC.; SYMANTEC CORPORATION; WELLS FARGO & COMPANY; YAHOO!, INC..<br>        Defendants. | Civil Action No. 2:10-CV-251<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF DISMISSAL**
**FOR DEFENDANT 3COM CORPORATION**

In accordance with Federal Rule of Civil Procedure 41(a)(1), Plaintiff InNova Patent

Licensing, LLC hereby dismisses its claims against Defendant 3Com Corporation without

1

prejudice. By agreement of the parties, each side will bear its own costs, expenses and attorney fees.

Dated: August 25, 2010

Respectfully submitted,

*/s/ Daniel W. Bedell*
Daniel W. Bedell

THE LANIER LAW FIRM, P.C.
Christopher D. Banys   SBN: 230038 (California)
Daniel W. Bedell       SBN: 254912 (California)
Carmen M. Aviles       SBN: 251993 (California)
2200 Geng Road, Suite 200
Palo Alto, CA 94303
(650) 322-9100        (650) 322-9103 (fax)
cdb@lanierlawfirm.com
dwb@lanierlawfirm.com
cma@lanierlawfirm.com

WARD & SMITH LAW FIRM
Wesley Hill           SBN: 24032294
111 W. Tyler Street
Longview, TX  75601
(903) 757-6400
(903) 757-2323
wh@jwfirm.com

ATTORNEYS FOR PLAINTIFF
INNOVA PATENT LICENSING LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 25th day of August, 2010.

*/s/ Catherine A. Pope*
Catherine A. Pope

2